IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-69-WKW |
| ) | [WO] |
| CORIZON HEALTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 1, 2018, the Magistrate Judge filed a Recommendation (Doc. # 26) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 26) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to follow the orders of the court.

A final judgment will be entered separately.

DONE this 6th day of April, 2018.

                                       /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE